**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RMX CONSTRUCTION (A/A/O ADEL BESHARA,

            Plaintiff,

vs.                          CASE NO.:

GEOVERA SPECIALTY INSURANCE COMPANY,

            Defendant.

_____

## NOTICE OF REMOVAL

Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, (hereinafter "GeoVera"), hereby gives notice of Removal of the above captioned action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, in which this action is now pending, to the United States District Court, Middle District of Florida, Jacksonville Division, and respectfully represents as follows:

1.    On or about June 17, 2019, a Complaint was filed against the Defendant, GeoVera. The Complaint was served on June 24, 2019. The civil action entitled *RMX CONSTRUCTION (A/A/O ADEL BESHARA) v. GEOVERA SPECIALTY INSURANCE COMPANY*, was commenced in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, and assigned Case number 16-2019-CA-004390-XXXX-MA. (A copy of the Complaint, as well as all other materials contained within the underlying State Court file are attached hereto as **Exhibit A**).

2. This action is properly removable pursuant to 28 U.S.C. §1441 and this Notice of Removal is filed within the thirty (30) day statutory period for removal under 28 U.S.C. §1446(b).

3. There is complete diversity of citizenship between the parties to this cause. RMX Construction is a citizen of the State of Florida. <u>See</u> **Exhibit B**. Defendant is a foreign company organized under the laws of Delaware. <u>See</u> **Exhibit C**. Its principal place of business is located in California. Therefore, GeoVera is a citizen of the states of Delaware and California.

4. Under 28 U.S.C.A § 1332(c), a foreign corporation is deemed to be a "citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principle place of business." *See also*, <u>Riley v. Merrill Lynch, Pierce, Fenner and Smith</u>, 292 F. 3d 1334, 1337-1338 (11th Cir. 2002).

5. This is a breach of contract action brought by the Plaintiff against the Defendant. The Plaintiff claims entitlement to insurance benefits for the damage to the property located at 6311 Green Myrtle Drive, Jacksonville, FL. (<u>See</u> Complaint, attached hereto as Exhibit A). The documents provided by Plaintiff to the Defendant evidence that they are seeking more than $75,000.00 for repair of the property.

6. In determining the amount in controversy, where "Plaintiff has not pled a specific amount of damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional requirement." <u>Gillinov v. Hillstone Restaurant Group, Inc.</u>, 92 F. Supp. 3d 1251, 1253-1254 (S.D. Fla. 2015). The evidence that the Court can rely on is not limited in applying the preponderance of the evidence standard, and a defendant may use "their own affidavits,

declarations, or other documentation – provided of course that removal is procedurally proper." Pretka v. Kolter City Plaza, II, Inc., 608 F. 3d 744, 755 (11th Cir. 2010).

7. Prior to the filing of this action, Defendant issued payment for the alleged loss in the amount of $16,232.05. See **Exhibit D**. Public Adjuster Kenneth Lollar of 5th Element Adjusting then submitted to Defendant additional estimates for repairs to the subject insurance policy. Specifically, following the issuance of the $16,232.05 payment by Defendant, Plaintiffs submitted repair estimates for $11,998.66 (Mold remediation), $1,795.00 (Mold testing), $5,910.25 (Contents and Storage), and $75,482.31 (Repairs to home). See **Exhibit E**.

8. As a result, Plaintiff is currently seeking an amount in excess of **$95,000.00** beyond the payment previously issued by the Defendant. Further, Plaintiff is claiming statutory attorneys' fees and costs in this litigation, (See Complaint, pg. 4, attached hereto as Exhibit A) and the same should be considered when determining the amount in controversy. Morrison v. Allstate Indem. Co., 228 F.3d 1255, 1265 ("When a statue authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy.")

9. Since the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000, this Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C. §1332. As such, this removal action is proper.

10. Defendant has served the instant Notice of Removal on Plaintiff's counsel. Defendant has also timely filed a Notice of Application for Removal with the Clerk of the Circuit Court of the Fourth Judicial Circuit

11.     Accompanying this Notice of Removal is a Civil Cover Sheet as well as a check for the required filing fee.

**WHEREFORE**, the undersigned Defendant respectfully requests that this action now pending in the Fourth Judicial Circuit in and for Duval County, Florida, be removed from there to this Honorable Court because of the complete diversity between the parties and the amount in controversy that exceeds $75,000.00.

Dated:  July 15, 2019.

/s/ Steven L. Worley
Steven L. Worley
Florida Bar No. 0159719
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456
Facsimile:   (904) 328-6473
Email:  sworley@carrallison.com
Secondary Email: abruschi@carrallison.com
*Attorneys for Defendant GeoVera Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

Kevin Weisser, Esquire
WEISSER ELAZAR & KANTOR, PLLC
800 East Broward Blvd., Suite 610
Ft. Lauderdale, FL 33301
Primary Email:  kw@weklaw.com
Secondary Email:  pb@weklaw.com
*Attorneys for Plaintiff*

        /s/ Steven L. Worley
        Steven L. Worley
        Florida Bar No. 0159719
        *Attorneys for Defendant*