**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RMX CONSTRUCTION,
(A/A/O ADEL BESHARA),

          Plaintiff,

v.                           Case No.  3:19-cv-829-J-34MCR

GEOVERA SPECIALTY INSURANCE
COMPANY,

          Defendant.
_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 16; Stipulation) filed on January 24, 2020.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own fees, costs, and any other expenses.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of January, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record